```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 00670
   TERRANCE HOLLOWAY
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-6443

------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 01/12/2008 and was confirmed 03/05/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/29/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
AMERICAS SERVICING COMPA NOTICE ONLY    NOT FILED            .00           .00
AMERICAS SERVICING COMPA CURRENT MORTG       .00             .00           .00
AMERICAS SERVICING COMPA MORTGAGE ARRE  22641.20             .00        560.14
PEOPLES GAS LIGHT & COKE UNSECURED       1091.91             .00           .00
COMMONWEALTH EDISON      UNSECURED       6326.76             .00           .00
ECMC                     UNSECURED           .00             .00           .00
SALLIE MAE 3RD PARTY LSC UNSECURED           .00             .00           .00
SALLIE MAE 3RD PARTY LSC UNSECURED           .00             .00           .00
SALLIE MAE 3RD PARTY LSC UNSECURED           .00             .00           .00
SALLIE MAE 3RD PARTY LSC UNSECURED           .00             .00           .00
SALLIE MAE 3RD PARTY LSC UNSECURED           .00             .00           .00
COOK COUNTY TREASURER    SECURED         6217.00             .00         70.00
CITY OF CHICAGO WATER DE SECURED          265.00             .00         70.00
RJM AQUISITIONS FUNDING  UNSECURED         103.87            .00           .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY     3,347.00                      3,347.00
TOM VAUGHN               TRUSTEE                                         351.92
DEBTOR REFUND            REFUND                                        1,406.74

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               5,805.80

PRIORITY                                        .00
SECURED                                      700.14
UNSECURED                                       .00
ADMINISTRATIVE                             3,347.00
TRUSTEE COMPENSATION                         351.92
DEBTOR REFUND                              1,406.74
                      ---------------    ---------------
TOTALS                5,805.80             5,805.80

            PAGE  1 - CONTINUED ON NEXT PAGE
   CASE NO. 08 B 00670 TERRANCE HOLLOWAY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/09/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```